```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
             FORT WORTH DIVISION
```

| | | |
|---|---|---|
| RARMOND COZZI JR., | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:07-CV-306-Y |
| | § | (Consolidated with |
| | § | civil action No.4:07-CV-330-Y) |
| NATHANIEL QUARTERMAN, Director, | § | |
| T.D.C.J., Correctional | § | |
| Institutions Div., | § | |
|     Respondent. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the consolidated petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Raymond Cozzi Jr., along with the December 4, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until December 26, 2007, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 4, 2007. The Court concludes that the petition for writ of habeas corpus should be dismissed with prejudice, in part, and denied, in part, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

The respondent's motion to dismiss [docket no. 15] is GRANTED except as to Cozzi's claims involving alleged facts or events related to the state habeas corpus proceedings.

All other pending motions are DENIED.

All petitioner Raymond Cozzi Jr.'s claims in the consolidated petition for writ of habeas corpus, except claims involving alleged facts or events related to the state habeas corpus proceedings, are DISMISSED WITH PREJUDICE. All claims in the consolidated petition for writ of habeas corpus related to the state habeas corpus proceedings are DENIED.

SIGNED January 4, 2008.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE